UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>DAMONE GADSDEN,<br><br>                    Defendant. | 06 Cr. 122 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Damone Gadsden's letter motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A), (dkt. no. 232), as well as the Government's opposition to that motion, (dkt. no. 233). Mr. Gadsden may file reply papers no later than October 29, 2020.

**SO ORDERED.**

Dated:   New York, New York
         October 15, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge